AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

JAN 1 9 2018

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Guadalupe VILLARREAL Cardenas | ) | Case No. M-18-107-M |
| YOB: 1995  Citizenship: Mexican | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 18, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Methamphetamine |
| 21 U.S.C. § 952 | Illegal Importation Methamphetamine |

This criminal complaint is based on these facts:
On January 18, 2018, Jose Guadalupe VILLARREAL Cardenas was detained attempting to enter the United States through the Hidalgo, Texas Port of Entry with approximately ~~16.1~~ 14.5 (gs) kilograms of methamphetamine concealed in two unattached speakers in the tractor he was driving.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

OK to file. TLT

_____
Complainant's signature

Alberto Rosa, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/19/2018

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Scott Hacker
Printed name and title

## Attachment "A"

On January 18, 2018, Jose Guadalupe VILLARREAL Cardenas attempted to make entry into the United States (US) at the Pharr, Texas Port of Entry (Pharr POE) driving a tractor trailer. VILLARREAL's vehicle was selected for x-ray inspection by Customs and Border Protection Officer (CBPO) A. Cavazos. CBPO R. Cano inspected the tractor trailer with a gamma ray machine where anomalies were discovered in the speaker box located in the tractor. CBPOs requested the assistance of CBPO C. Villarreal and K9 Sony. K9 Sony went inside the cabin of the tractor and alerted to two unattached speakers that were placed on top of the bed. CBPO R. Escobar drilled into the speakers and extracted a white powdery substance. Further physical inspection of the two speakers revealed a total of eight (8) packages concealed in the speakers. The eight (8) packages field tested positive for properties of methamphetamine. The total weight of the methamphetamine found was approximately 14.5 kilograms.

Homeland Security Investigations (HSI) Special Agents (SA) were advised of the situation and responded to the Pharr POE to interview VILLARREAL. HSI SA's read VILLARREAL his Miranda rights and VILLARREAL waived his rights in writing and elected to speak to the agents. VILLARREAL stated he picked up the speakers in Mexico and was going to transport the speakers from Reynosa, Mexico to McAllen, Texas. VILLARREAL stated he knew he was attempting to import an illegal contraband into the United States and was supposed to be paid 30,000 Mexican Pesos ($1,612.80 United States Dollar) for his part after the delivery of the narcotics.